RALPH J. MARRA, JR.
Acting United States Attorney
By: Karen H. Shelton
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
Attorney for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHARLES MURRAY | : | HON. NOEL L. HILLMAN |
| Petitioner, | : | Civil Action No. 09-04347(NLH) |
| | : | |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF PRISONS | : | |
| | : | |
| Respondents. | | |

**ORDER**

This matter having come before the Court upon respondents request for an extension of time to answer, plead or otherwise respond to the petition until November 2, 2009, and good cause appearing,

IT IS on this 13th day of October, 2009, hereby

ORDERED that the request is hereby GRANTED.

NOEL L. HILLMAN
United States District Judge